NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARITA C. MCDAVIS,**
*Petitioner,*

v.

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2011-3132

---

Petition for review of the Merit Systems Protection Board in case no. CH0752110065-I-1.

---

## ON MOTION

---

## ORDER

Marita C. McDavis moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__**JUN 1 5 2011**__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marita C. McDavis
     Elizabeth A. Speck, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 1 5 2011**

**JAN HORBALY**
**CLERK**